**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MSEMAJI ZAMOYONI WILLIAMS,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

Case No. 5:26-cv-01023-JLS-CTS

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. (ECF No. 27.) Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

(1) The Report and Recommendation of United States Magistrate Judge is accepted; and

///

///

///

(2) Judgment shall be entered reversing the final decision of the Commissioner and remanding this matter for further administrative proceedings.

DATED: November 17, 2026

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE